**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> CARLY C. LAVELLE <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Movant <br> vs. <br> No Respondents. | Case No.:21-20695 <br><br><br> Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

  1. The case was filed on 03/26/2021 and confirmed on 05/04/2021 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

  2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 24,336.04 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 24,331.04 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,344.99 | |
|    Trustee Fee | 820.38 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,165.37 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   CLEARVIEW FCU** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9444 | | | | |
|   PENNYMAC LOAN SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4056 | | | | |
| | \*\*\*NONE\*\*\* | | | |
| **Priority** | | | | |
|   BRAD HAMRIC ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CARLY C. LAVELLE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CARLY C. LAVELLE | 5.00 | 5.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRAD HAMRIC ESQ | 3,800.00 | 2,344.99 | 0.00 | 0.00 |
|     Acct: | | | | |
|   HYUNDAI CAPITAL AMERICA (HCA) SVCN( | 17,289.71 | 14,978.17 | 0.00 | 14,978.17 |
|     Acct: 4447 | | | | |
|   BRENTWOOD BOROUGH SD & BRENTW( | 6,187.50 | 6,187.50 | 0.00 | 6,187.50 |
|     Acct: 2338 | | | | |

| 21-20695 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| | | | | 21,165.67 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|   BMG MONEY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CAPITAL ONE BANK (USA) NA | 6,210.39 | 0.00 | 0.00 | 0.00 |
|     Acct: 8125 | | | | |
|   LVNV FUNDING LLC | 7,196.69 | 0.00 | 0.00 | 0.00 |
|     Acct: 4357 | | | | |
|   LVNV FUNDING LLC | 510.58 | 0.00 | 0.00 | 0.00 |
|     Acct: 0373 | | | | |
|   DISCOVER BANK(*) | 10,500.38 | 0.00 | 0.00 | 0.00 |
|     Acct: 1870 | | | | |
|   HSBC BANK USA NA | 3,647.06 | 0.00 | 0.00 | 0.00 |
|     Acct: 6462 | | | | |
|   KASHABLE LLC | 1,113.77 | 0.00 | 0.00 | 0.00 |
|     Acct: 2338 | | | | |
|   ONE MAIN FINANCIAL(*) | 6,037.55 | 0.00 | 0.00 | 0.00 |
|     Acct: 2136 | | | | |
|   UPMC HEALTH SERVICES | 470.64 | 0.00 | 0.00 | 0.00 |
|     Acct: 2338 | | | | |
|   LVNV FUNDING LLC | 626.66 | 0.00 | 0.00 | 0.00 |
|     Acct: 4518 | | | | |
|   UPMC PHYSICIAN SERVICES | 457.72 | 0.00 | 0.00 | 0.00 |
|     Acct: 2338 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4357 | | | | |
|   MCCABE WEISBERG & CONWAY LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL LAVELLE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL LAVELLE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

\*\*\*N O N E\*\*\*

TOTAL PAID TO CREDITORS                                                                          21,165.67

| TOTAL CLAIMED | |
|---|---:|
| PRIORITY | 23,477.21 |
| SECURED | 0.00 |
| UNSECURED | 36.771.44 |

Date: 09/07/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com