# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Carly C. Lavelle<br>                             Debtor(s)<br><br>PENNYMAC LOAN SERVICES, LLC<br>                             Movant<br>    vs.<br><br>Carly C. Lavelle<br>                             Debtor(s)<br><br>**Ronda J. Winnecour**,<br>                             **Trustee** | BK NO. 21-20695 CMB<br><br>Chapter<br><br>Related to Claim No. 13 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>February 23, 2023</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Carly C. Lavelle
3973 Edge Road
Pittsburg, PA 15227

Attorney for Debtor(s)
BRAD L. HAMRIC, ESQUIRE
BRAD HAMRIC, P.C. MOWRY BUILDING
90 Clairton Boulevard (VIA ECF)
Pittsburgh, PA 15236

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  electronic means or first class mail

Dated: <u>February 23, 2023</u>

                                                **/s/Brian C. Nicholas Esquire**
                                              Brian C. Nicholas Esquire
                                              Attorney I.D. 317240
                                              KML Law Group, P.C.
                                              BNY Mellon Independence Center
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA 19106
                                              201-549-5366
                                              bnicholas@kmllawgroup.com